## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **15-53168-CMC** |
| | § | |
| **TINLIN, TRACY L.** | § | Chapter 7 |
| | § | |
| | § | Judge: **Caldwell** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $1.18 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Ohiohealth<br>5350 Frantz Rd<br>Dublin, Oh 43016 | 5 | 1.18 |

Dated:  9/14/16

/s/Amy L. Bostic
Amy L. Bostic, Case Trustee
Luper Neidenthal & Logan
50 W. Broad Street, Suite 1200
Columbus, OH  43215
614-221-7663  Fax:  866-345-4948
abostic@LNLattorneys.com

cc:  U.S. Trustee
     Creditor